**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REX S. GUNTHER, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-00473 RWS |
| | ) | |
| FRANK CARLSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of self-represented Plaintiff Rex Gunther's correspondence received by this Court on March 30, 2026 (*see* ECF No. 1), which the Court construes as a civil rights Complaint under 42 U.S.C. § 1983. The Complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Additionally, Plaintiff has neither paid the filing fee nor filed an Application to Proceed in the District Court without Prepaying Fees or Costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff (1) a copy of the Court's Prisoner Civil Rights Complaint form and (2) a copy of the Application to Proceed in the District Court without Prepaying Fees or Costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit the Application to Proceed in the District Court without Prepaying Fees or Costs within twenty-one (21) days of the date of this Order.

-2-

**IT IS FURTHER ORDERED** that Plaintiff must file an Amended Complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 7th day of April, 2026.



_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE